January 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DERRICK FRASER, Appellant

NO. 14-13-00912-CV                V.

DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-B, ASSET BACKED PASS-THROUGH CERTIFICATES, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 8, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Derrick Fraser.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.